

2006 FEB -2 PM 12: 05

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROGER SIMON | CIVIL ACTION |
| VERSUS | NO. 05-2498 |
| WAL-MART, ET AL | SECTION "S" (3) |

### REPORT AND RECOMMENDATION

The matter is before the undersigned pursuant to an automatic referral. On June 22, 2005, plaintiff, Roger Simon, filed the above captioned complaint alleging disability discrimination on account of "breathing problems." Although three summons were issued on June 27, 2005, it does not appear from a review of the record that the case has ever been served upon any one of the three named defendants in this case. To date, over seven (7) months have elapsed and the record does not reflect that service was ever attempted.

The undersigned set the matter for a Fed. R. Civ. P. 4(m) call docket hearing on December 7, 2005 to determine the status of service and/or whether there was any good reason for the plaintiff's failure to serve the defendants in compliance with the aforesaid rule. Notice of the hearing was mailed to the plaintiff on November 7, 2005 and the notice was not returned to the Clerk as undeliverable. Plaintiff did not oppose the rule to show cause in writing, seek a continuance or make an appearance in court on December 7, 2005 before the undersigned Magistrate Judge. Instead, after the issuance of the report recommending dismissal of the case

1

\_\_ Fee\_\_\_\_
\_\_ Process\_\_\_\_
X Dktd\_\_\_\_
\_\_ CtRmDep\_\_\_\_
\_\_ Doc. No \_\_\_\_

for failure to prosecute, the plaintiff merely filed a change of address.

This matter was placed back on this court's docket for hearing on February 1, 2006 to determine the status of service and/or whether there was any good reason for the plaintiff's failure to serve the defendants in compliance with the applicable rule. *See* Fed. R. Civ. P. 4(m).

The record reflects that no effort has been made to comply with Rule 4(m). Well more than one hundred twenty (120) days has elapsed since the captioned matter was filed. The rule requires that the Court to dismiss the claim if it is not served within one hundred twenty (120) days, absent a showing of *good cause* for the failure to comply with the dictates of rule. No such showing has been made in this case. In this case it appears that more than two months elapsed pre-Hurricane Katrina, without service having either been made or attempted. Moreover, this Court has conducted two Rule 4(m) call docket hearings to no avail.

## CONCLUSION

For the foregoing reasons, **IT IS RECOMMENDED** that Roger Simon's Complaint be **dismissed without prejudice for failure to prosecute** and to serve the defendants within 120 days after the filing of the complaint pursuant to Fed. R. Civ. P. 4(m).

## OBJECTIONS

A party's failure to file written objections to the proposed findings, conclusions and recommendations in a magistrate judge's report and recommendation within ten (10) days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result form a failure to object. Douglass v. United States Services Automobile Association, 79

F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

New Orleans, Louisiana, this   1st   day of February, 2006.

                                                        **DANIEL E. KNOWLES, III**
                                                        **UNITED STATES MAGISTRATE JUDGE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROGER SIMON | CIVIL ACTION |
| VERSUS | NO. 05-2498 |
| WAL-MART, ET AL | SECTION "S" (3) |

## O R D E R

The Court, after considering the record, the applicable law, and the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation, and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the complaint of the plaintiff, Roger Simon, is hereby DISMISSED without prejudice for failure to prosecute.

New Orleans, Louisiana, this ____ day of _____, 2006.

_____
**UNITED STATES DISTRICT JUDGE**