FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR -2 AM 7: 31

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROGER SIMON | CIVIL ACTION |
| VERSUS | NO. 05-2498 |
| WAL-MART, ET AL | SECTION "S" (3) |

## ORDER

The Court, after considering the record, the applicable law, and the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation, and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the complaint of the plaintiff, Roger Simon, is hereby DISMISSED without prejudice for failure to prosecute.

New Orleans, Louisiana, this 23 day of February, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____